23 P.3d 742

# SUPREME COURT OF HAWAI‘I

■■■■■■■■

Hall v. Hall . . . . . . . . . . . . . . . . . . . . . . 22878     03/12/2001  Granted